IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     *Plaintiff,* | DOCKET NO. 3:25-mj-172-SCR |
| v. | DOCUMENTS IN SUPPORT OF |
| JOSE DE LA CRUZ-LOPEZ, | RELEASE |
|     *Defendant.* | |

Mr. Jose De La Cruz-Lopez, by and through his counsel of record, Assistant Federal Public Defender Carson Smith, hereby submits documentary evidence in support of his argument for release. These documents are relevant to Mr. De La Cruz-Lopez's character, family ties, and length of residence in the community and shall be considered by the judicial officer pursuant to 18 U.S.C. § 3142(g).

Respectfully Submitted,

s/ *Carson Smith*

CARSON SMITH
Asst. Federal Public Defender
Federal Defenders for the Western District of NC
129 W. Trade St., Suite 300
Charlotte, N.C. 28202
(704) 374-0720
Carson_smith@fd.org

DATE: July 7, 2025

**Letter from wife Sarai Cordova**

My name is Sarai Córdova Badillo, wife of José de la Cruz López.

I have been married to him since May 27, 2008, and we have been married for 17 years.

Together we have formed a beautiful family of four.

- Our oldest son is 15 years old
- Our daughter is 13 years old.
- Another 5 years old son
- And our baby is only 11 months

My husband is the best dad in the world. He's always worked hard and dedicatedly to provide the best for us, lacking nothing.

I love him deeply because he's an exemplary husband and a present, loving, and responsible father.

With all my heart, I ask that you not separate him from me or our children. It would be a great pain for all of us.

I only pray that you allow us to be together as a family.

My husband is not a criminal. He is a noble, hardworking man, a loving husband, and a father who only seeks the well-being of his home.

I ask with all my heart that we be allowed to continue raising our children together, in unity, so they can grow up in the best possible way.

2

I thank God for giving us the opportunity to experience this country, and I am deeply grateful.

Thank you.





4





